**Order entered July 31, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00237-CV

## IN THE MATTER OF H.F., A JUVENILE

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-01302-X**

## ORDER

Before the Court is appellant's July 30, 2019 first unopposed motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 3, 2019. Because this is a priority appeal from the trial court's order granting the State's motion for discretionary transfer, we caution that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE